UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

KENNETH P. CURRAN,

    Plaintiff,

-vs.-                                                        Case No.: 18-CV-88

UNITED STATES POSTAL SERVICE,

    Defendant.

_____

**PLAINTIFF'S MOTION FOR *IN CAMERA* REVIEW**
**PURSUANT TO 5 U.S.C. §552(a)(4)(B)**

---

    Plaintiff, Kenneth Curran, by his counsel, moves for *in camera* review by the Court of the records requested in this action, including, but not limited to, those described in the Defendant's Vaughan Index (Dkt. #21-1). This motion is based upon 5 U.S.C. §552(a)(4)(B), the Plaintiff's supporting memorandum and affidavits filed this date, and all other pleadings and documents on file.

    Dated this 6th day of September, 2018.

                                                    Respectfully submitted,

                                                  /s/ April Rockstead Barker
                                                  April Rockstead Barker
                                                  State Bar #: 1026163
                                                  abarker@sbe-law.com
                                                  Attorneys for Plaintiff
                                                  SCHOTT, BUBLITZ & ENGEL S.C.
                                                  640 W. Moreland Blvd.
                                                  Waukesha, WI 53188
                                                  (262) 827-1700 / (262) 827-1701-Fax